IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GAYTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.2:08cv494-TMH |
| | ) | (WO) |
| JEFFERY KELLER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #17) of the Magistrate Judge is ADOPTED. The petition pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with Bureau of Prisons' procedures.

An appropriate judgment will be entered.

Done this 29th day of October, 2008.

/s/ **Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE